**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 23-cv-00087-REB-SBP

COLE KOONS, an incompetent person, by and through his conservator,
        Kristianne Koons,

        Plaintiff,

v.

PERFORMANCE CONTRACTING, INC., a Kansas Corporation, and
RACHELLE CLARK, individually,

        Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

        The matter before me is the **Stipulated Motion To Dismiss With Prejudice**

[#130][1], filed December 2, 2024. After reviewing the motion and the record, I conclude

the motion should be granted.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That the **Stipulated Motion To Dismiss With Prejudice** [#130] is granted;

        2.  That all claims are dismissed with prejudice, with each party to bear its own

attorney fees and costs;

        3.  That the **Motion in Limine to Preclude Evidence of Defendant Rachelle

Clark's Alleged Intoxication and or Substance Use** [#96], filed August 28, 2024, is

---

        [1]  "[#130]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

denied as moot and the **Plaintiff's Motion to Restrict Exhibit to Response to Defendant's Motion in Limine to Preclude Evidence of Defendant Rachelle Clark's Alleged Intoxication and or Substance Use** [#120], filed September 16, 2024, is granted;

4.  That all deadlines are denied as moot; and

5.  That this case is closed.

Dated December 2, 2024, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge